IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SERGIO B. CEBALLOS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JAMES J. HEIDECKER, ESQ. and | : | |
| DAVID L. BARGERON, ESQ. | : | NO. 02-CV-3274 |

ORDER

**AND NOW**, this      day of July, 2002, upon consideration of plaintiff's motion to obtain assistance in serving the complaint and summons upon defendants, **IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED**.

The United States Marshal for the Eastern District of Pennsylvania shall serve the complaint and summons on all defendants.

BY THE COURT:

_____
Berle M. Schiller, J.